*In re* **Ras**, Robert A. (MR 18605)
Oak Brook, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Respondent Robert A. Ras is suspended from the practice of law for one year and until further order of the Court. The Court finds that respondent engaged in the misconduct alleged in count I of the disciplinary complaint.

*In re* **Rinker**, Eugene A., Jr. (MR 18582)
Buffalo Grove, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Eugene A. Rinker, Jr., is disbarred.